RYAN T. WAGGONER (BAR NO. 251694)
NATHAN T. JAMIESON (BAR NO. 333304)
KIMBERLY F. MACEY (BAR NO. 342019)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: rwaggoner@allenmatkins.com
njamiesion@allenmatkins.com
kmacey@allenmatkins.com

Attorneys for Plaintiff
MAJCO LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MAJCO LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON TIRE SERVICE, a California Corporation; PHILIP BOVERO, an individual; KURST BOVERO, an individual; SIERRA TIRE CO., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:25-cv-01967-DC-JDP<br>Judge: Hon. Dena Coggins, Ctrm. 10<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**SECOND JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER; ~~[PROPOSED]~~ ORDER**<br><br>Fact Discovery Cutoff: December 1, 2026<br>Motion Filing Deadline: March 5, 2027 |

Plaintiff Majco LLC ("Majco"), Defendants Kurst Bovero and Sierra Tire Co. (collectively, the "Sierra Tire Defendants"), and Defendants Jackson Tire Service and Philip Bovero (collectively, the "Jackson Tire Defendants,)" and together with Majco, the ("Parties"), through their counsel of record, submit this Second Joint Stipulation under Federal Rule of Civil Procedure 16(b)(4), Eastern District of California Local Rule 143, and Section X of the Court's Scheduling Order.

## RECITALS

**WHEREAS**, on October 30, 2026, the Parties filed the Joint Stipulation to Modify the Scheduling Order, ECF No. 48 ("First Stipulation").

**WHEREAS**, on November 2, 2026, the Court granted the First Stipulation, which extended the discovery cutoff from October 14, 2026, to December 1, 2026, among other deadlines.

**WHEREAS**, prior to and since the First Stipulation, the Parties have been working diligently to resolve discovery disputes.

**WHEREAS**, on November 12, 2026, the Parties appeared before Magistrate Judge Peterson at an informal discovery conference concerning discovery disputes between Majco and the Sierra Tire Defendants to seek the Court's guidance to resolve the discovery disputes; during the conference, Magistrate Judge Peterson encouraged the Parties to further meet and confer, and, as a result, precluded the Parties from filing motions to compel prior to seeking the Court's additional guidance at a further informal discovery conference.

**WHEREAS**, to ensure the Parties have appropriate time to continue their meet and confer efforts, while reserving time to have discovery motions briefed and heard before the discovery cutoff, the Parties agreed before Magistrate Judge Peterson to stipulate to extend the discovery cutoff to January 31, 2027.

**WHEREAS**, the proposed extension to the discovery cutoff would be limited solely for the purpose of resolving existing discovery disputes.

**WHEREAS**, the Parties have scheduled a mediation for December 14, 2026, and thus extending the expert discovery deadlines together with the fact discovery cutoff would

allow the Parties to avoid the cost and expense of fact and expert discovery practice prior to the mediation.

**WHEREAS**, the requested changes are narrow, are not sought for delay, and will not prejudice any Party.

## STIPULATION

**NOW THEREFORE**, the Parties, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. **Limited Extension.** The deadline to resolve fact discovery disputes is extended from December 1, 2026, to **January 31, 2027**.

2. **No New Discovery.** This extension does not reopen fact discovery generally. Other than as stated in Paragraph 1, no Party may propound new written discovery, serve new subpoenas, or notice additional depositions during the extended period absent a court order.

3. **Expert Discovery and Dispositive Motion Deadlines.** The expert discovery and dispositive motion deadlines are modified as follows:

a. The deadline to serve initial expert disclosures and reports is extended from December 21, 2026, to **January 14, 2027**.

b. The deadline to serve rebuttal expert disclosures and reports is extended from January 20, 2027, to **February 18, 2027**.

c. The expert discovery cutoff is extended from February 19, 2027, to **March 18, 2027**.

d. The deadline to file dispositive motions is extended from April 19, 2027, to **May 19, 2027**.

4. All other provisions of the Scheduling Order, as amended by the First Stipulation, ECF Nos. 48, and the Court's Nov. 2, 2026 Minute Order, ECF No. 49, remain in effect.

**IT IS SO STIPULATED.**

DATED: November 20, 2026

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: */s/ Nathan T. Jamieson*
RYAN T. WAGGONER
NATHAN JAMIESON
KIMBERLY MACEY
Attorneys for Plaintiff
MAJCO LLC

DATED: November 20, 2026

MOHAN HARRIS RUIZ LLP

By: */s/ S. Dean Ruiz*
S. DEAN RUIZ
Attorneys for Defendants
JACKSON TIRE SERVICE and PHILIP BOVERO

DATED: November 20, 2026

BUCHALTER LLP

By: */s/ Emily G. Malhiot*
JOSH H. ESCOVEDO
EMILY G. MALHIOT
NASTASSIA TIANGCO
Attorneys for Defendants
KURST BOVERO AND SIERRA TIRE CO.

# ~~PROPOSED~~ ORDER

The Court has reviewed the Parties' Second Joint Stipulation to Modify the Scheduling Order. Good cause appearing therefor, the Court ORDERS as follows:

1. **Limited Extension.** The deadline to resolve fact discovery disputes is extended from December 1, 2026, to **January 31, 2027**.

2. The deadline to serve initial expert disclosures and reports is extended from December 21, 2026, to **January 14, 2027**.

3. The deadline to serve rebuttal expert disclosures and reports is extended from January 20, 2027, to **February 18, 2027**.

4. The expert discovery cutoff is extended from February 19, 2027, to **March 18, 2027**.

5. The deadline to file dispositive motions is extended from April 19, 2027, to **May 19, 2027**.

6. All other deadlines remain the same.

IT IS SO ORDERED.

Dated: November 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE